UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS MCCARTHY,

Plaintiff,

-vs-                                                    Case No. 6:09-cv-754-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

_____

## ORDER

This case is before the Court after a review by United States Magistrate Judge Spaulding of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's claim for social security benefits pursuant to the complaint filed by Plaintiff. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed June 14, 2010 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g).

3.  This matter is **REMANDED** for further proceedings consistent with the matters set forth in the Report and Recommendation.

4.  The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19___ day of July, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party